# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1038
_____

LEONARD ANTONIO WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

May 14, 2025

PER CURIAM.

In this appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (Fla. 1967), we affirm the adjudication of Appellant's guilt for second-degree murder.  However, as Appellant argued in his rule 3.800(b) motion, the trial court miscalculated the five-percent surcharge on his fine, statutorily mandated by section 938.04, Florida Statutes.  We affirm the sentencing order in all respects except for the cost determination, which we vacate. On remand, the trial court must render an amended cost order that reflects the correct calculation of the surcharge.

AFFIRMED in part, VACATED in part.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Jessica J. Yeary, Public Defender, Megan Long and David A. Henson, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Appellee.